UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUDGE -     John E. Simko | REPORTER - FTR #3 |
| CASE NO. - 11MJ26 | Date - 7/13/11 |
| | PAGE NO. - 1 |

| CASE | COUNSEL |
|---|---|
| USA, | John Haak |
| Plaintiff, | |
| vs. | |
| ANTONIO RAMON GUZMAN, | Tim Langley |
| Defendant. | |

COURTROOM DEPUTY: Jackie Meisenheimer
TIME HEARING SCHEDULED TO BEGIN: 10:30 a.m.

TIME:
10:30 am    Enter initial appearance, preliminary hearing, and detention hearing before the Hon. John E. Simko, Magistrate Judge, Sioux Falls. Counsel state their appearances for the record. Defendant is present.

Court advises defendant of his right to counsel. Court appoints FPD.

Court advises defendant of his rights.

Consent to proceed by videoconference is signed by defendant and his attorney.

Mr. Langley notes no consulate notification is necessary.

Defendant is sworn by the courtroom deputy.

Court reviews charges in the Complaint w/defendant.

Penalty:  up to 20 years in prison; supervised release 3 years to life; fine up to $1,000,000; special assessment of $100

| | |
|---|---|
| CASE NO. -   11MJ26 | Date - 7/13/11 |
| | PAGE NO. - 2 |

                Defendant requests preliminary hearing.  **Gary Harvison** is called and sworn as a witness on behalf of the government.  Mr. Haak proffers Mr. Harvison's affidavit.  Mr. Langley cross examines.   Neither party has any other evidence to offer.  Court finds probable cause.

                Mr. Haak requests detention and proffers the pretrial services report and affidavit in support of complaint.  Mr. Langley has no objection.  Neither party has anything else to offer or closing comments.  Court orders defendant detained.

10:45 am      Court in recess.