

FILED
JUL 1 3 2011
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 11-MJ-26 |
| Plaintiff, | \* | |
| vs. | \* | DEFENDANT'S CONSENT |
| ANTONIO RAMONE GUZMAN, | \* | TO HEARING BY VIDEOCONFERENCE |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the defendant and after consultation with his counsel and consent to the hearing scheduled for Wednesday, July 13, 2011, to be conducted by videoconference.

Dated this __13__ day of July, 2011.

_____
Defendant

_____
Attorney for Defendant