UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
JUL 1 3 2011

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 11-MJ-26 |
| Plaintiff, | * | |
| vs. | * | FINDING OF PROBABLE CAUSE |
| ANTONIO RAMONE GUZMAN, | * | |
| Defendant. | * | |

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Wednesday, July 13, 2011. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Tim Langley. The United States appeared by Assistant United States Attorney, John Haak.

Based upon the testimony of DEA Special Agent Gary Harvison, the court finds probable cause to believe that the defendant has committed the act alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 13th day of July, 2011.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge