UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  | 11-MJ-26 |
| Plaintiff, | GOVERNMENT'S RESPONSE TO MOTION TO CONTINUE |
| vs. | |
| ANTONIO RAMONE GUZMAN, | |
| Defendant. | |

Comes now the United States of America, by and through Assistant United States Attorney John E. Haak, and for its response to the Defendant's Motion to Continue, states that the Government has no objection to said motion.

Dated and electronically filed this 22nd day of July, 2011.

BRENDAN V. JOHNSON
United States Attorney

　　　　　/s/ JOHN E. HAAK
JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD  57101-2638
Telephone:  (605)330-4400
Facsimile:  (605)330-4410
E-Mail:  john.haak@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 22nd day of July, 2011, a true and correct copy of the foregoing was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

Timothy J. Langley – via e-filing

                /s/ JOHN E. HAAK
                JOHN E. HAAK
                Assistant United States Attorney